GULF OIL CORPORATION, *ET AL.*, PLAINTIFFS-RESPOND-
ENTS, v. MAX VOGEL, BUILDING INSPECTOR, ETC.,
DEFENDANT-PETITIONER.

See same case below:  50 *N. J. Super.* 324.

*Mr. James F. Patten* for the petitioner.

*Mr. Joseph M. Feinberg* and *Mr. Sanford Halberstadter* for the respondents.

September 29, 1958.  Denied.

SILAS COLL, PLAINTIFF-PETITIONER, v. ARTHUR SHERRY,
DEFENDANT-RESPONDENT.

*Messrs. Marcus & Levy* and *Mr. Harry Chashin* for the petitioner.

*Messrs. Losche & Losche* for the respondent.

September 29, 1958.  Granted.